GARY M. RESTAINO
United States Attorney
District of Arizona

GAYLE L. HELART
California State Bar No. 151861
Email: Gayle.Helart@usdoj.gov
Assistant United States Attorneys
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Attorneys for Plaintiff



FILED ____ LODGED
____ RECEIVED ____ COPY

APR 30 2024

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>David Charles Kitaeff,<br><br>Defendant. | No. CR-24-00750-PHX-GMS (ESW)<br><br>**REDACTED<br>I N D I C T M E N T**<br><br>VIO: 18 U.S.C. §§ 2252(a)(2), 2252(b)(1), and 2256<br>(Knowingly Receiving Child Pornography)<br>Count 1<br><br>18 U.S.C. §§ 2252(a)(4)(B), 2252(b)(2), and 2256<br>(Knowingly Possessing Child Pornography)<br>Count 2<br><br>18 U.S.C. §§ 981 and 2253,<br>21 U.S.C. § 853, and<br>28 U.S.C. § 2461(c)<br>(Forfeiture Allegations) |

**THE GRAND JURY CHARGES:**

## COUNT 1

On or about March 7, 2023, in the District of Arizona, and elsewhere, Defendant DAVID CHARLES KITAEFF knowingly received visual depictions that involved the use of a minor engaging in sexually explicit conduct and such visual depictions were of such conduct. Defendant DAVID CHARLES KITAEFF received the visual depictions on a file sharing network. The visual depictions were mailed, shipped, and transported using any

means or facility of interstate or foreign commerce and in and affecting interstate and foreign commerce, and had been produced using materials which had been mailed, shipped, and transported by any means, including by computer. Some of the files that were received by Defendant DAVID CHARLES KITAEFF can be identified as:

- iho8ih.jpg
- MATRIXtxri745dfwONION_105638wKY_p1010099.jpg
- Felixxx_100151IOR_MATRIXtxri745dfwONION_001833SmL_A-0011JulyJailbait.jpg
- 1485845920 JulyJailbait.jpg
- 1485819875.jpg

All in violation of Title 18, United States Code, Sections 2252(a)(2), 2252(b)(1), and 2256.

**COUNT 2**

On or between November 14, 2022, through November 8, 2023, in the District of Arizona and elsewhere, Defendant DAVID CHARLES KITAEFF knowingly possessed and knowingly accessed with intent to view, visual depictions that involved the use of a minor engaging in sexually explicit conduct and such visual depictions were of such conduct. The visual depictions possessed and accessed by Defendant DAVID CHARLES KITAEFF were contained on an external hard drive and depicted a prepubescent minor and a minor who had not attained 12 years of age. The visual depictions on the external hard drive had been mailed, shipped, or transported using any means or facility of interstate or foreign commerce or in and affecting interstate or foreign commerce, and had been produced using materials which had been mailed, shipped, or transported, by any means, including by computer. Some of the visual depictions of minors engaged in sexually explicit conduct are listed below:

- 14 YO GIRL PLAYS WITH ASS SHOWS TITS.mp4
- 1st-Studio Siberian Mouse Custom (NK_008).wmv
- Pony.mp4

- Nikole.mp4
- 6 BJ goodLINE_MOVIE.mp4
- RrJATkkr.avi
- 2 cp nina rubia masturbando a hombre.mp4
- 8 RaveLhj by special request inc here Sammy.mpg
- 7 Handjob.wmv
- 120 (1).avi
- Slutty Preteen Girls Vol 3.mp4
- Slutty Preteen Girls Part 4.mp4
- Slutty Preteen Girls Part 5.mp4
- Slutty Preteen Girls Part 6.mp4
- IMGx0055.jpg
- Gofile – Free Unlimitted File Sharing and Storage_5.mp4
- IMG_20210509_222907_077.jpg
- 09ad65d69ffb449f604d75d0ce8a261c2e9b8f0a57e4314b7127127bf19a49827a.mp4
- FCHBCH478.jpg
- kk long 10.mp4
- daaaaam.mov
- Star Sessions_Taso-013 ching (720).mp4

In violation of Title 18, United States Code, Sections 2252(a)(4)(B), 2252(b)(2), and 2256.

**FORFEITURE ALLEGATIONS**

The Grand Jury realleges and incorporates the allegations of Counts 1 and 2 of this Indictment, which are incorporated by reference as though fully set forth herein.

Pursuant to Title 18, United States Code, Sections 981, and 2253, Title 21 United States Code, Section 853, and Title 28, United States Code, Section 2461(c), and upon conviction of one or more of the offenses alleged in Counts 1 and 2 of this Indictment, the

defendant shall forfeit to the United States of America all right, title, and interest in any visual depiction, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of statute, and any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense, and any property, real or personal, used or intended to be used to commit or to promote the commission of such offenses or any property traceable to such property, including the following items seized by law enforcement on November 8, 2023:

- Silver Apple iMac 19.2 Retina desktop computer, Model A2116, Serial No. C02FH0QP07F6
- LaCie Porsche Design External hard drive

If any forfeitable property, as a result of any act or omission of the defendant:

(1) cannot be located upon the exercise of due diligence,

(2) has been transferred or sold to, or deposited with, a third party,

(3) has been placed beyond the jurisdiction of the court,

(4) has been substantially diminished in value, or

(5) has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek forfeiture of any other property of said defendant up to the value of the above-described forfeitable property, pursuant to 21 U.S.C. Section 853(p).

//
//
//
//
//
//
//

All in accordance with Title 18, United States Code, Sections 981, and 2253, Title 21, United States Code, Section 853, Title 28, United States Code, Section 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

s/
FOREPERSON OF THE GRAND JURY
Date: April 30, 2024

GARY M. RESTAINO
United States Attorney
District of Arizona

s/
GAYLE L. HELART
Assistant United States Attorney